UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH ALEXANDER,

    Plaintiff,

v.

    Case No. 07-14740

    Honorable Patrick J. Duggan

COUNTY OF MACOMB, MACOMB
COUNTY JAIL, MACOMB COUNTY
CORPORATION COUNSEL, MACOMB
COUNTY CORPORATION, MARK
HACKEL, BRENDA BAKER, TIM
MOORE, HOPKINS, MARSKI,
PARASACK, MARTINAZE, CLEMENTS,
EREAUX, and JOHN DOE,

    Defendants.
    _____/

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on February 3, 2009.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

Plaintiff, an inmate currently incarcerated in Macomb County Jail, initiated this lawsuit on November 5, 2007, pursuant to 42 U.S.C. § 1983 alleging numerous violations of his constitutional rights. On March 21, 2008, Defendants filed a motion for summary judgment which this Court referred to Magistrate Judge Virginia M. Morgan.

On January 13, 2009, Magistrate Judge Morgan filed her Report and Recommendation (R&R) recommending that this Court grant Defendants' motion for summary judgment. At

the conclusion of the R&R, Magistrate Judge Morgan advises the parties that they may object to and seek review of the R&R within ten days of service upon them. (R&R at 18.) She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Morgan.

Accordingly,

**IT IS ORDERED** that Defendants' motion for summary judgment is **GRANTED**.

A judgment consistent with this opinion shall issue.

s/PATRICK J. DUGGAN<br>UNITED STATES DISTRICT JUDGE

Copies to:
Kenneth Alexander
#269879
35 Adams Street
Pontiac, MI 48342

Kenneth L. Lewis, Esq.